

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICHAEL F. ALBANESE #9421
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
michael.albanese@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 2 2018

at 11 o'clock and 25 min. AM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>    vs.  )<br>  )<br>OLIVIA RONQUILIO,  )<br>  )<br>        Defendant.  )<br>_____ ) | CR. NO. CR18 00078 HG<br><br>INFORMATION<br><br>[21 U.S.C. §§ 841(a)(1) and<br>841(b)(1)(C)] |

INFORMATION

The United States Attorney charges that:

Count 1
Possession with Intent to Distribute Hydrocodone
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about February 11, 2017, within the District of Hawaii, Olivia RONQUILIO, the defendant, did knowingly and intentionally possess with intent to distribute hydrocodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Count 2
Possession with Intent to Distribute Oxycodone
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about March 10, 2018, within the District of Hawaii, Olivia RONQUILIO, the defendant, did knowingly and intentionally possess with intent

//

//

//

//

//

//

//

//

to distribute oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

DATED: June 12, 2018, at Honolulu, Hawaii.

                              KENJI M. PRICE
                              United States Attorney
                              District of Hawaii

_/s/ Kenji M. Price_
KENJI M. PRICE

_/s/ Michael F. Albanese_
MICHAEL F. ALBANESE
Assistant U.S. Attorney

United States v. Olivia Ronquilio
Information
Cr. No. 18-

3